IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANET NESSE, INTERIM CHAPTER 7 TRUSTEE FOR USPROTECT CORPORATION, Plaintiff, | |
| v. | Court No. 08-240C (Judge Miller) |
| THE UNITED STATES, Defendant, | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of L. Misha Preheim, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

L. Misha Preheim
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12110
Washington, D.C. 20530

Attention: Classification Unit,
8th Floor

s/L. Misha Preheim

L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3087
Facsimile: (202) 305-0972
E-mail: Misha.Preheim@usdoj.gov

Dated: April 30, 2008

CERTIFICATE OF FILING

I hereby certify that on the 30th day of April, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim