IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANET NESSE, INTERIM CHAPTER 7 TRUSTEE FOR USPROTECT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | Court No. 08-240C<br>(Judge C. Miller) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 8, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on June 9, 2008. This is defendant's first request for an enlargement of time for this purpose. Plaintiff has indicated that it does not oppose this request.

The additional time requested is needed because we have not received from the Department of Homeland Security the litigation report and suggested response to the complaint necessary for us to prepare a response to the complaint. We have sent to the Department of Homeland Security a copy of the complaint and requested a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Additional time is needed for the Department of Homeland Security to gather and review any information necessary for preparation of the litigation report and suggested response to the complaint. Once the information gathering process is complete, the Department of Homeland Security will require time to prepare the requested litigation report and suggested response to the complaint, and to

deliver to defendant's counsel the litigation report and suggested response to the complaint. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, to obtain any additional information or clarification from the Department of Homeland Security, and to prepare and to file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant its motion for a 60-day enlargement of time, to and including August 8, 2008, within which to file its response to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

May 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 27th day of May, 2008, a copy of the foregoing "Motion for Enlargement" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/L. Misha Preheim